UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMAS ASHER,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LAPD, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-00063-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Preliminary Injunction and Protective Order ("Motion" or "Mot."), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). <u>See</u> Electronic Case Filing Number ("ECF No.") 11, Mot.; ECF No. 29, R&R. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Plaintiff's Motion is DENIED without prejudice.

Dated: September 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Josephine L. Staton_
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge