UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:22-cv-00063-JLS-SHK | Date: | October 18, 2022 |
|---|---|---|---|

| Title: | *Jacob Thomas Asher v. Public Defenders Office* |
|---|---|

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On July 1, 2022, the Court issued its Order Dismissing Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 26.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired.  On  July 15, 2022, the Court granted Plaintiff's motion for extension of time to file his First Amended Complaint ("FAC") by sixty days.  His FAC was due on before September 20, 2022.  To date, Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **fourteen (14) days** from the date of this, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court his FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a FAC.  Plaintiff is forewarned that, failure to do either of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.  Furthermore,

**Plaintiff is warned that any further requests for extension of time will be granted sparingly and only for good cause and failure to respond to this OSC will result in a recommendation to dismiss this action**.

**IT IS SO ORDERED.**