JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMAS ASHER,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LAPD, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-00063-JLS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  January 31, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　United States District Judge